Peter A. Kufour
106 Briarwood Court
Sterling, Virginia 20164



October 18, 2018

United States Bankruptcy Court
Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

Re: Case#: 18-13328-BFK

## MOTION TO REQUEST A WITHDRAWAL OF ABOVE BANKRUPTCY PETITION

This is a motion to request a withdrawal of bankruptcy case number 18-13328-BFK. The
main creditor Nationstar aka Mr. Cooper has offered to modify my loan or allow me to do
a short sale if need be, I would like to take advantage of the offer and avoid going
through a bankruptcy proceeding.
I hope the court grants this request.
I apologize for the inconvenience. Thank you.

Sincerely,

Peter A. Kufour

FILED

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
___Alexandria___ Division

In re:

Debtor(s)

Peter A. Kufair

Plaintiff(s)                                    Adversary Proceeding No.

v.

Defendant(s)

**CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1**

Document Title: motion to Request a Withdrawal of Bankruptcy petition

Date Document Filed: mailed 10/20/18

Docket Entry No.

I declare under penalty of perjury that (Check one box):

☒ No attorney has prepared or assisted in the preparation of this document.

☐ The following attorney prepared or assisted in the preparation of this document.

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)

Peter A. Kufair
_____          _____
Name of Pro Se Party (Print or Type)      Name of Pro Se Party (Print or Type)

_____          _____
Signature of Pro Se Party                 Signature of Pro Se Party        :

Executed on: ___10/20/18___ (Date)

[2090edva ver. 09/17]

## CERTIFICATE OF SERVICE

or Faxed

I certify that a true copy of the foregoing was sent via first class mail to the U.S. Trustee, Trustee and all interested parties on this _20-22_ day of _October_, 20_18_ .