# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 18−13328−BFK
**Chapter** 7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Peter Akwasi Kufour
106 Briarwood Court
Sterling, VA 20164

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−1799

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on November 1, 2018 dismissing the above−captioned case.

Dated: November 1, 2018

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

[VAN015vDec2009.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 18-13328-BFK
Peter Akwasi Kufour                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: palaciosl           Page 1 of 1           Date Rcvd: Nov 01, 2018
                              Form ID: VAN015           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2018.
```
db          +Peter Akwasi Kufour,    106 Briarwood Court,    Sterling, VA 20164-2821
cr          +County of Loudoun,    1 Harrison Street, SE (MSC #06),    Leesburg, VA 20175-3102
cr           Treasurer, County of Loudoun, Virginia,    Attention: Collections/Bankrupty Div.,
             P O Box 347 (MSC #31),    Leesburg, VA  20178-0347
14553093     HSBC,    3219 US-46,    Parsippany, NJ  07054
14553090     Merrick Bank,    10705 Ste 200,    South Jordan, Utah 84095
14553094    +Mr. Cooper,    P. O. Box 619097,    Dallas, TX 75261-9097
14553089    +Mr. Cooper-Nation Star,    8950 Cypress water Blvd,    Dallas, TX 75019-4620
14559565     Treasurer, County of Loudoun, Virginia,    Attention: Collections/Bankruptcy Div.,
             P O BOX 347 (MSC #31),    Leesburg, Virginia 20178-0347
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14553092     EDI: CRFRSTNA.COM Nov 02 2018 07:28:00      Credit First NA,    P O Box 81315,
             Cleveland, OH  44181-0315
14553091     EDI: AISTMBL.COM Nov 02 2018 07:28:00      T Mobile,    12920 SE 38th Street,
             Bellevue, WA  98006
                                                                                              TOTAL: 2
```

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr           HSBC Bank USA, National Association as Trustee for
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2018 at the address(es) listed below:
```
              H. Jason Gold    jason.gold@nelsonmullins.com,
               VA19@ecfcbis.com;jgold@ecf.epiqsystems.com;hjg@trustesolutions.net;robert.ours@nelsonmullins.com;
               lori.stewart@nelsonmullins.com
              Heather D. McGivern    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Deutsche Alt-A Securities, Inc. Mortgage Pass-Through Certificates, Series 2007-1
               ecfaccount@orlans.com, ANHSOrlans@InfoEx.com
              John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
              Steven F. Jackson    on behalf of Creditor    County of Loudoun Steve.Jackson@loudoun.gov,
               Rachel.healy@loudoun.gov;ann.mccafferty@loudoun.gov;bankrupt@loudoun.gov
                                                                                              TOTAL: 4
```